POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Virginia L. Ekelund, Esq<br>LAW OFFICES OF TERENCE DANIEL DOYLE<br>571 Hartz Ave.<br>Danville, CA 94526<br>TELEPHONE NO.: 925-314-2333  FAX NO. (Optional): 925-855-4334<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff, Steve Roth | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa<br>STREET ADDRESS: 725 Court Street<br>MAILING ADDRESS: P.O. Box 911<br>CITY AND ZIP CODE: Martinez, CA 94553<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Steven Roth<br>DEFENDANT/RESPONDENT: First Awareness, LLC, a Connecticut LLC, et al. | CASE NUMBER:<br>C11-00463 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: SEE ATTACHMENT

3. a. Party served *(specify name of party as shown on documents served)*:
   Jerry S. Williams, as Managing Member of First in Awareness, LLC, a Connecticut Limited Liability Corporation

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   M Resort & Spa, 12300 Las Vegas Boulevard South, Henderson, Nevada 89044 (in Marche 2 Conf. Room)
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: February 26, 2011 (2) at *(time)*: 7:38 a.m.
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: Steven Roth | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: First Awareness, LLC, a Connecticut LLC, et al. | C11-00463 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☑ as the person sued under the fictitious name of *(specify):* and as Managing Member of First Awareness, LLC, a Connecticut Limited Liability Corporation
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
       under the following Code of Civil Procedure section:
       ☐ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
       ☐ other:

7. **Person who served papers**
   a. Name: Tom DeMarco
   b. Address: 651 Clarkway Drive, Suite A-1, Las Vegas, Nevada 89106
   c. Telephone number: 702-631-0503
   d. **The fee** for service was: $ 205.95
   e. I am:
       (1) ☑ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☐ a registered California process server:
           (i) ☐ owner ☐ employee ☑ independent contractor.
           (ii) Registration No.:
           (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: March 25, 2011

Tom DeMarco - Nevada Process Server Lic. #981    ▶     *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF CONTRA COSTA

**PLAINTIFF:** STEVEN ROTH

**DEFENDANT:** FIRST IN AWARENESS, LLC, A Connecticut Limited Liability Corporation; JERRY S. WILLIAMS, individually and as Managing Member of First in Awareness, LLC, a Connecticut Limited Liability Corporation; MELANIE WOOD-HARVEY and DOES 1-50, Inclusive

**CASE NUMBER:** C11-00463

1. Summons
2. Civil Case Cover Sheet
3. Notice to Plaintiffs
4. Notice to Defendants
5. ADR Case Management Stipulation and Order
6. Case Management Statement
7. Alternative Dispute Resolution (ADR) Program Information Package
8. Notice of Case Management Conference
9. Complaint for:
    --Rescission and Restitution;
    --Fraud;
    --Breach of Fiduciary Duty
    --Conspiracy