Ray E. Gallo (State Bar No. 158903)
Patrick V. Chesney (State Bar No. 267587)
GALLO & ASSOCIATES
1101 Fifth Avenue, Suite 205
San Rafael, CA 94901
Telephone:    415.397.1205
Facsimile:    310.338.1119
rgallo@gallo-law.com
pchesney@gallo-law.com

Attorneys for Defendants
First in Awareness, LLC, Williams, and Harvey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ROTH,<br><br>    Plaintiff,<br>vs.<br><br>FIRST IN AWARENESS, LLC, a Connecticut Limited Liability Corporation; JERRY S. WILLIAMS, individually and as Managing Member of First in Awareness, LLC, a Connecticut Limited Liability Corporation, MELANIE WOOD-HARVEY, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 3:11-cv-01452-EDL<br><br>~~[PROPOSED]~~ **ORDER CONTINUING MEDIATION COMPLETION DEADLINE**<br><br>Discovery Cutoff:      January 30, 2012<br>Disp. Motion Cutoff:  March 20, 2012<br>Pre-Trial Conf.:         June 5, 2012<br>Trial:                         June 25, 2012 |

UPON STIPULATION OF THE PARTIES, and for GOOD CAUSE SHOWN it is hereby ORDERED the mediation completion deadline in this matter be continued from September 14, 2011 to December 5, 2011.

It is so ORDERED.

Dated: August 23, 2011

_____
Hon. Elizabeth Laporte
United States Magistrate Judge

2