Ray E. Gallo (SBN 158903)
rgallo@gallo-law.com
Dominic Valerian (SBN 240001)
dvalerian@gallo-law.com
Patrick V. Chesney (SBN 267587)
pchesney@gallo-law.com
GALLO & ASSOCIATES
1101 Fifth Avenue, Suite 205
San Rafael, CA 94901
Phone: 310.338.1114
Facsimile: 310.338.1199

Attorneys for Defendants
First in Awareness, LLC, Williams, and Harvey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ROTH,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>FIRST IN AWARENESS, LLC, a Connecticut Limited Liability Corporation; JERRY S. WILLIAMS, individually and as Managing Member of First in Awareness, LLC, a Connecticut Limited Liability Corporation, and DOES 1 THROUGH 50 INCLUSIVE<br><br>　　　　　　　Defendant. | Case No.  3:11-cv-01452-EDL<br><br>Magistrate Judge Elizabeth Laporte<br><br>**DECLARATION OF RAY E. GALLO REGARDING ATTORNEY'S FEES AND COSTS PER SEPTEMBER 13, 2011 ORDER GRANTING MOTION TO DISMISS** |

**DECLARATION OF RAY E. GALLO RE FEES & COSTS-3:11-CV-01452-EDL**

## **DECLARATION OF RAY E. GALLO**

1. I am an attorney at law duly licensed to practice in the state of California and admitted to practice before this Court. I am a principal of Gallo & Associates (the "Firm") and trial counsel for defendants Melanie Harvey, Jerry Williams, and First in Awareness, LLC. I have personal knowledge of the following facts and, if called as a witness, I could and would testify as follows.

2. This declaration is made pursuant to the Court's September 13, 2011 Order [ECF No. 28] granting defendant Harvey's Motion to Dismiss (the "Motion") [ECF No. 21], based on lack of personal jurisdiction, and instructing defense counsel to submit evidence regarding the fees and costs incurred in preparing the Motion.

3. Defendants incurred $10,611.50 in fees and $15.19 in costs, a total of $10,626.69. A breakdown of these fees and costs follows below.

Hourly Rates

4. Below are the current hourly rates for each billing attorney in the Firm who assisted in preparing the Motion:

| Attorney | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Ray E. Gallo | $485.00 | 4.9 | $2,376.50 |
| Patrick V. Chesney | $225.00 | 36.6 | $8,235.00 |

Professional Qualifications and Experience

5. I am a graduate of Yale University and the UCLA School of Law with 19 years of commercial litigation experience, and have had Martindale Hubbell's "AV" rating since approximately 1997. I was originally trained in litigation at Crosby Heafey Roach & May (now Reed Smith). I have tried eight cases to verdict, including six jury trials to verdict, winning decisively in seven of the eight. My work related to the Motion consisted of reviewing the research and analysis collected by Mr. Chesney and revising the Motion and related briefing drafted by Mr. Chesney.

6. Patrick V. Chesney is a 2003 graduate of Pomona College and a 2009 graduate of

Gallo & Associates
1101 5th Avenue, Suite 205
San Rafael, CA 94901

Page 1
**DECLARATION OF RAY E. GALLO RE FEES & COSTS-3:11-CV-01452-EDL**

the University of California, Hastings College of Law. Mr. Chesney is a second-year associate who routinely assumes responsibilities that are handled by more senior lawyers at larger firms. Mr. Chesney was responsible for the vast majority of research and analysis related to the Motion, the drafting of the Motion, and the related briefing in support of it.

Costs

7.  Defendants incurred $15.19 in costs to send the Court a "Chambers Copy" of the Motion via Federal Express overnight delivery.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 20th day of September, 2011, at San Rafael, California.

RESPECTFULLY SUBMITTED,

Ray E. Gallo