Terence Daniel Doyle  SBN 113108
Virginia L. Ekelund SBN 138376
LAW OFFICES OF TERENCE DANIEL DOYLE
571 Hartz Ave.
Danville, CA 94526
Telephone:  (925) 314-2333
Facsimile:  (925) 855-4334

Attorneys for Plaintiff, Steven Roth

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ROTH, | CASE NO. 3:11-cv-01452-EDL |
| Plaintiff, | [PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DEADLINE |
| vs. | |
| FIRST IN AWARENESS, LLC, a Connecticut Limited Liability Corporation; JERRY S. WILLIAMS, individually and as Managing Member of First in Awareness, LLC, a Connecticut Limited Liability Corporation, MELANIE WOOD-HARVEY, and DOES 1 through 50, inclusive, | Discovery Cutoff:      January 30, 2012<br>Disp. Motion Cutoff: March 20, 2012<br>Pre-Trial Conf.:        June 5, 2012<br>Trial:                       June 25, 2012 |
| Defendants. | |

UPON STIPULATION OF THE PARTIES, and for GOOD CAUSE SHOWN it is hereby

ORDERED the mediation completion deadline in this matter be continued from December 5, 2011

to December 9, 2011.

It is so ORDERED.

Dated: ___October 11, 2011___

_____
Hon. Elizabeth Laporte
United States Magistrate Judge