TERENCE D. DOYLE   SBN 113108
VIRGINIA L. EKELUND SBN 138376
LAW OFFICES OF TERENCE DANIEL DOYLE
571 Hartz Ave.
Danville, CA 94526
Telephone: (925) 314-2333
Facsimile: (925) 855-4334

Attorneys for Plaintiff,
STEVEN ROTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ROTH | No. 3:11-cv-01452-EDL |
| Plaintiff, | STIPULATION AND ORDER RE SERVICE OF DEPOSITION SUBPOENA UPON ATTORNEY |
| v. | |
| FIRST IN AWARENESS, LLC, a Connecticut Limited Liability Corporation; JERRY S. WILLIAMS, individually and as Managing Member of First in Awareness, LLC., a Connecticut Limited Liability Corporation; MELANIE WOOD-HARVEY and DOES 1-50, Inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Ray E. Gallo of GALLO & ASSOCIATES, his client MELANIE HARVEY and Virginia L. Ekelund of the LAW OFFICES OF TERENCE DANIEL DOYLE, P.C. as follows:

1) Melanie Harvey is no longer a party to this action by reason of the court's granting of her motion to dismiss for lack of jurisdiction;

2) Prior to her dismissal, Melanie Harvey's attorneys were served with a Notice of Deposition of Melanie Harvey and that deposition was continued by mutual agreement to take place on October 28, 2011. A true and correct copy of the Amended Notice of Deposition of Melanie Harvey is attached hereto as Exhibit "1" and incorporated herein by this reference;

3) Melanie Harvey has authorized her attorney Ray E. Gallo of GALLO & ASSOCIATES to accept service of a Deposition Subpoena for the Deposition of Melanie Harvey to take place at the same time and location as the deposition which was previously noticed. A true and correct copy of said Deposition Subpoena for Melanie Harvey is attached hereto as Exhibit "2";

4) Melanie Harvey agrees to waive the notice requirements related to the Deposition Subpoena; and

5) Melanie Harvey agrees that the Deposition may be enforced the same as if it had been personally served upon her at least 30 days prior to the deposition date.

Dated: September , 2011

_____
MELANIE HARVEY

Dated: September , 2011

GALLO & ASSOCIATES

_____
RAY E. GALLO, Attorneys for Melanie Harvey

Dated: ~~September~~ 10/3, 2011

LAW OFFICES OF TERENCE DANIEL DOYLE, P.C.

_____
VIRGINIA L. EKELUND, Attorneys for Plaintiff,
Steve Roth

2)  Prior to her dismissal, Melanie Harvey's attorneys were served with a Notice of Deposition of Melanie Harvey and that deposition was continued by mutual agreement to take place on October 28, 2011. A true and correct copy of the Amended Notice of Deposition of Melanie Harvey is attached hereto as Exhibit "1" and incorporated herein by this reference;

3)  Melanie Harvey has authorized her attorney Ray E. Gallo of GALLO & ASSOCIATES to accept service of a Deposition Subpoena for the Deposition of Melanie Harvey to take place at the same time and location as the deposition which was previously noticed. A true and correct copy of said Deposition Subpoena for Melanie Harvey is attached hereto as Exhibit "2";

4)  Melanie Harvey agrees to waive the notice requirements related to the Deposition Subpoena; and

5)  Melanie Harvey agrees that the Deposition may be enforced the same as if it had been personally served upon her at least 30 days prior to the deposition date.

Dated: September   , 2011

_____
MELANIE HARVEY

Dated: September 10/3, 2011

GALLO & ASSOCIATES

_____
RAY E. GALLO, Attorneys for Melanie Harvey

Dated: September   , 2011

LAW OFFICES OF TERENCE DANIEL DOYLE, P.C.

_____
VIRGINIA L. EKELUND, Attorneys for Plaintiff, Steve Roth

2) Prior to her dismissal, Melanie Harvey's attorneys were served with a Notice of Deposition of Melanie Harvey and that deposition was continued by mutual agreement to take place on October 28, 2011. A true and correct copy of the Amended Notice of Deposition of Melanie Harvey is attached hereto as Exhibit "1" and incorporated herein by this reference;

3) Melanie Harvey has authorized her attorney Ray E. Gallo of GALLO & ASSOCIATES to accept service of a Deposition Subpoena for the Deposition of Melanie Harvey to take place at the same time and location as the deposition which was previously noticed. A true and correct copy of said Deposition Subpoena for Melanie Harvey is attached hereto as Exhibit "2";

4) Melanie Harvey agrees to waive the notice requirements related to the Deposition Subpoena; and

5) Melanie Harvey agrees that the Deposition may be enforced the same as if it had been personally served upon her at least 30 days prior to the deposition date.

Dated: September , 2011            *[signature]*
                                    MELANIE HARVEY

Dated: September , 2011            GALLO & ASSOCIATES

                                    _____
                                    RAY E. GALLO, Attorneys for Melanie Harvey

Dated: September , 2011            LAW OFFICES OF TERENCE DANIEL DOYLE, P.C.

                                    _____
                                    VIRGINIA L. EKELUND, Attorneys for Plaintiff,
                                    Steve Roth

STIPULATION AND ORDER TO ACCEPT SERVICE OF DEPOSITION SUBPOENA        Page 2

ORDER

IT IS SO ORDERED.

DATED: ~~September~~ October 11, 2011

*signature: Elizabeth D. Laporte*
Elizabeth D. Laporte, Magistrate Judge

**EXHIBIT 1**

```
 1  TERENCE D. DOYLE   SBN 113108
    VIRGINIA L. EKELUND SBN 138376
 2  LAW OFFICES OF TERENCE DANIEL DOYLE
    571 Hartz Ave.
 3  Danville, CA 94526
    Telephone: (925) 314-2333
 4  Facsimile: (925) 855-4334
 5
    Attorneys for Plaintiff,
 6  STEVEN ROTH
 7
 8                  UNITED STATES DISTRICT COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10
11
    STEVEN ROTH                    Case No.  C 11-1452 (EDL)
12
                Plaintiff,         AMENDED NOTICE OF DEPOSITION OF
13                                 DEFENDANT MELANIE WOOD-HARVEY
14  v.
15  FIRST IN AWARENESS, LLC, a
    Connecticut Limited Liability Corporation;
16  JERRY S. WILLIAMS, individually and as
    Managing Member of First in Awareness,
17  LLC., a Connecticut Limited Liability
    Corporation; MELANIE WOOD-
18  HARVEY and DOES 1-50, Inclusive
19
20          Defendants.
                                      /
21
22  TO EACH PARTY AND TO EACH ATTORNEY OF RECORD IN THIS ACTION:
23     YOU ARE HEREBY NOTIFIED THAT THE DEPOSITION OF Defendant MELANIE
24
    WOOD-HARVEY will be taken at PHOENIX DEPOSITION SERVICES, 350 E. Virginia Avenue,
25
26  Suite 150, Phoenix, Arizona, 85004, commencing at 9:00 a.m. on October 28, 2011 and continuing
27  from day to day thereafter.
28
```

1  YOU ARE FURTHER NOTIFIED THAT: The deposition proceedings will be recorded both
2  stenographically and by audio/video recording.
3      A list of all parties or attorneys for parties on whom this Notice of Deposition is being served
4  is shown on the accompanying Proof of Service.

Dated: August 31, 2011                    LAW OFFICES OF TERENCE DANIEL DOYLE

                                    By:  *V. L. Ekelund* (signature)
                                         VIRGINIA L. EKELUND
                                         Attorneys for Plaintiff, STEVEN ROTH

Roth v. First In Awareness, LLC, et al.
United States District Court, Case No. C 11-1452 EDL

## PROOF OF SERVICE BY MAIL
(Code Civ. Proc., §§ 1013, 2015.5)

I declare that I am employed in the County of Contra Costa, California. I am over the age of 18 and not a party to the within entitled cause; my business address is the **LAW OFFICES OF TERENCE DANIEL DOYLE**, 571 Hartz Avenue, Danville, California 94526, my business telephone number (925) 314-2329.

On the date listed below, I served or caused to be served the following attached documents on all interested parties in said cause:

- **AMENDED NOTICE OF DEPOSITION OF DEFENDANT MELANIE WOOD-HARVEY**

addressed as follows:

| | |
|---|---|
| Mr. Ray E. Gallo<br>**GALLO & ASSOCIATES**<br>1101 Fifth Ave., Suite 205<br>San Rafael, CA 94901<br>Telephone: (415) 397-1205<br>Facsimile: (310) 338-1119<br>**Counsel for Defendants** | |

on the interested parties by:

(✓)  **BY MAIL:** I placed or caused to be placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Danville, California as addressed above.

( )  **BY EMAIL:** I emailed or caused to be emailed a true copy of the attached document to the above-referenced interested party(s) to the following email addresses(s):
Rgallo@gallo-law.com

( )  **BY HAND DELIVERY:** I enclosed a true copy in a sealed envelope, and hand delivered or caused to be hand delivered said envelope to the above-referenced party(s) at the above address.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on **August 31, 2011.**

*Celia Beard*
Celia Beard

**EXHIBIT 2**

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Steven Roth | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:11-cv-01452-EDL |
| First In Awareness, et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Melanie Harvey

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:
See Attachment A

| Place: Phoenix Deposition Services, 350 E. Virginia Ave., Suite 150, Phoenix, AZ 85004 | Date and Time: 10/28/2011 9:00 am |
|---|---|

The deposition will be recorded by this method: __stenographically and by audio/video recording__

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____
*CLERK OF COURT*

OR

_____  _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Plaintiff, Steven Roth__
_____, who issues or requests this subpoena, are:
Virginia L. Ekelund, Law Offices of Terence Daniel Doyle

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:11-cv-01452-EDL

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Melanie Harvey

was received by me on *(date)* 09/21/2011 .

☑ I served the subpoena by delivering a copy to the named individual as follows: Ray E. Gallo

Gallo & Associates, 1101 Fifth Ave., Suite 205, San Rafael, CA 94901

on *(date)* 09/21/2011 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ 60.00 for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 09/21/2011

_____
*Server's signature*

Amy Knox
*Printed name and title*
571 Hartz Ave.
Danville, CA 94526

*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT "A"

Melanie Harvey's interest in the business known as "Monk's Den", and her involvement therein. Melanie Harvey's role and interest in First In Awareness, LLC. Melanie Harvey's business relationship with Jerry Williams and her role in his business interests. Melanie Harvey's knowledge regarding the stock transactions that took place between Plaintiff, Steve Roth and Jerry Williams and/or First In Awareness, LLC, including, but not limited to Steve Roth's requests for stock certificates and Steve Roth's demand for return of money, among other matters.