IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROTH,<br><br>        Plaintiff,<br><br>v.<br><br>FIRST IN AWARENESS,<br><br>        Defendant.<br>_____/ | No. C 11-01452 EDL<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE** |

Plaintiff Steven Roth has filed a motion for relief from the case management schedule setting January 30, 2012 as the cutoff date for completion of non-expert discovery. Doc. no. 38. The Court construes Plaintiff's motion as a motion for administrative relief pursuant to Civil Local Rule 7-11 and requires Defendant to file an opposition to Plaintiff's motion by no later than January 26, 2012, and thereafter the motion will be deemed submitted on the papers. No reply may be filed, and the hearing on Plaintiff's motion noticed for February 21, 2012 is hereby VACATED.

As this matter is set for a bench trial commencing June 25, 2012, the parties are instructed to further meet and confer on Plaintiff's request for 30 to 60 day extension of the non-expert discovery cut-off date.

**IT IS SO ORDERED.**

Dated: January 23, 2012

                                                                   ELIZABETH D. LAPORTE
                                                                     United States Magistrate Judge