**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN ROTH,

        Plaintiff,

v.

FIRST IN AWARENESS,

        Defendant.

No. C -11-01452 EDL

**ORDER**

This case shall be referred to Judge Nathanael Cousins for a settlement conference. Counsel will be contacted by Judge Cousins' chambers with a date and time for the conference during the month of April 2012, or as soon thereafter as is convenient to the judge's calendar.

**IT IS SO ORDERED.**

Dated: March 22, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge