IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROTH, | No. C -11-01452 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| FIRST IN AWARENESS, | |
| Defendant. | |

This case shall be referred to Judge Nathanael Cousins for a settlement conference. Counsel will be contacted by Judge Cousins' chambers with a date and time for the conference during the month of April 2012, or as soon thereafter as is convenient to the judge's calendar.

**IT IS SO ORDERED.**

Dated: March 22, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge