UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**STEVEN ROTH**

    Plaintiff(s),              No. C-**11-01452** EDL

    v.                       **ORDER OF CONDITIONAL DISMISSAL**

**FIRST IN AWARENESS**

    Defendants.
_____/

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before June 2, 2012 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: April 3, 2012

                                         _____
                                         ELIZABETH D. LAPORTE
                                         United States Magistrate Judge